IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JODI LYNN RUPERT, ) | |
| ) | |
| Petitioner, ) | |
| ) | Civil Action No. 24-477 |
| v. ) | Judge Nora Barry Fischer |
| ) | Magistrate Judge Maureen P. Kelly |
| DAVE PROGAR, et. al., ) | |
| ) | |
| Respondents. ) | |

## ORDER OF COURT

AND NOW, this 14th day of August, 2025, upon consideration of the Report and Recommendation of United States Magistrate Maureen P. Kelly dated July 24, 2025, (Docket No. 5), recommending that Petitioner Jodi Lynn Rupert's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 be dismissed, without prejudice, for failure to prosecute, and that a certificate of appealability be denied, after conducting a detailed analysis of all of the relevant factors under *Poulis v. State Farm Fire & Cas. Co.*, 747 F.2d 863 (3d Cir. 1984), and ordering that any objections be filed within 14 days such that objections were due from non-ECF users like Petitioner by August 11, 2025, and no objections having been filed by the date of this Order, and upon independent review of the record and de novo consideration of the Magistrate Judge's Report and Recommendation of July 24, 2025, which is ADOPTED as the opinion of this Court,

IT IS HEREBY ORDERED that Petitioner Rupert's Petition [1] is DISMISSED, without prejudice, for failure to prosecute, in light of the facts and circumstances of this case and the relevant factors under *Poulis* set forth by the Magistrate Judge, including, among other things, that Petitioner has failed to respond to the April 5, 2024 and November 8, 2024 Deficiency Orders issued by the Magistrate Judge and has not cured the defects outlined therein as Petitioner has failed to provide a motion to proceed in forma pauperis or the supporting paperwork such as

an inmate account statement, a completed authorization form authorizing the withdrawal of funds from her inmate trust account, and service papers and has also not updated her address such that a court order was returned as undeliverable, and such facts are further buttressed by Petitioner's failure to file objections to the Report and Recommendation of July 24, 2025 by the date of this Order;

IT IS FURTHER ORDERED that no certificate of appealability shall issue as Petitioner has not made a substantial showing of a denial of a Constitutional right;

IT IS FURTHER ORDERED that the Clerk of Court shall mark this case CLOSED; and,

FINALLY, IT IS ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Petitioner has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

*s/ Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge

cc/ecf:  United States Magistrate Maureen P. Kelly

cc:  Jodi Lynn Rupert
     43152
     Butler County Prison
     202 S. Washington St.
     Butler, PA 16001
     (via first class mail)

2